No. 79–1022. PATRICK ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. 

No. 79–1059. SAWYER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 79–1070. REFRACTARIOS MONTERREY, S. A. v. FERRO CORP. ET AL. C. C. P. A. Certiorari denied. 

No. 79–1162. CUEVAS ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 79–1173. STEMPER v. INDIANA. Ct. App. Ind. Certiorari denied.

No 79–1189. MAHOMET v. GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 79–1190. LASALLE NATIONAL BANK, TRUSTEE, ET AL. v. PEOPLES GAS LIGHT & COKE CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–1226. DITTO v. ROSENDALE. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 79–1239. SPARKS ET AL., DBA SIDNEY A. SPARKS, TRUSTEE v. DUVAL COUNTY RANCH CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 79–1254. SANZA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 79–1267. GARCIA v. KUEHN, AKA KELLER. C. A. 8th Cir. Certiorari denied. 

No. 79–1301. GOREL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.